IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GERALD WHITAKER
ADC# 141195                                                                                      PLAINTIFF

v.                              Case No. 5:11-cv-117-DPM

RAY HOBBS, DELTA REGIONAL
UNIT, CORRECTIONAL MEDICAL
SERVICES, GAYLON LAY, and
MARK CASHION                                                                                    DEFENDANTS

JUDGMENT

Gerald Whitaker's complaint is dismissed without prejudice. This dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

_____
D.P. Marshall Jr.
United States District Judge

28 July 2011